IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERVETTE RICH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Civil Action No. 3:24-cv-11-RCY |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

Plaintiff Shervette Rich, by counsel, notifies the Court that he has reached a settlement with Defendant Trans Union, LLC only. Plaintiff and Trans Union, LLC are working to finalize the settlement and will submit dismissal papers as to Trans Union, LLC as soon as the settlement is finalized.

Respectfully submitted,

**SHERVETTE RICH**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB # 93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*