IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERVETTE RICH,<br><br>       Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.,*<br><br>       Defendants. | Civil Action No. 3:24-cv-00011 |

## NOTICE OF SETTLEMENT

Plaintiff Shervette Rich, by counsel, notifies the Court that he has settled his claims against Defendant Experian Information Solutions, Inc. The parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

              Respectfully submitted,

              **SHERVETTE RICH**

              By:  */s/ Kristi C. Kelly*
              Kristi C. Kelly, VSB #72791
              Andrew J. Guzzo, VSB #82170
              Casey S. Nash, VSB #84261
              J. Patrick McNichol, VSB #92699
              KELLY GUZZO, PLC
              3925 Chain Bridge Road, Suite 202
              Fairfax, VA 22030
              Telephone: (703) 424-7572
              Facsimile: (703) 591-0167
              Email: kkelly@kellyguzzo.com
              Email: aguzzo@kellyguzzo.com
              Email: casey@kellyguzzo.com
              Email: pat@kellyguzzo.com
              *Counsel for Plaintiff*