**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SHERVETTE RICH,

                Plaintiff,

v.                                                                                    Civil Action No. 3:24-cv-00011

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

                Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Shervette Rich, by counsel, notifies the Court that he has settled his claims against Defendant Equifax Information Services, LLC. The parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Respectfully submitted,

**SHERVETTE RICH**

By:    */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*