IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERVETTE RICH, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, *et al.*, <br><br> Defendant. | Civil Action No. 3:24-cv-00011 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, by counsel and with the signature of counsel for Equifax Information Services, LLC, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: June 10, 2024                                  Respectfully submitted,

 */s/ Kristi C. Kelly*                                                By:  */s/ John W. Montgomery, Jr.*
Kristi Cahoon Kelly (VSB #72791)           John W. Montgomery, Jr. (VSB #37149)
Andrew Joseph Guzzo (VSB #82170)      Traylor, Montgomery & Elliott, PC
Casey S. Nash (VSB #84261)                    130 E. Wythe Street
J. Patrick McNichol (VSB #92699)            Petersburg, VA 23803
Matthew Rosendahl (VSB #93738)            Telephone: (804) 861-1122
Kelly Guzzo, PLC                                         Facsimile: (804) 733-6022
3925 Chain Bridge, Suite 202                    Email: jmontgomery@tmande.com
Fairfax, VA  22030                                      *Counsel for Equifax Information Services, LLC*
Telephone: (703) 424-7572
Facsimile:  (703) 591-0167
E-mail:  kkelly@kellyguzzo.com

1

E-mail:  aguzzo@kellyguzzo.com
E-mail:  casey@kellyguzzo.com
E-mail:  pat@kellyguzzo.com
E-mail:  matt@kellyguzzo.com
*Counsel for Plaintiff*